# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1181
L.T. Case No. 16-2025-CC-019429

_____

DARREL THOMAS,

　　Appellant,

　　v.

CHRIS TAYLOR AUTO INC
CORPORATION,

　　Appellee.

_____

On appeal from the County Court for Duval County.
Kimberly Anne Sadler, Judge.

Darrel Thomas, Jacksonville, pro se.

No Appearance for Appellee.

July 30, 2026

PER CURIAM.

　　AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____